INSURANCE CO. v. ALLISON

No. 203 PC.

Case below: 51 N.C. App. 654.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 July 1981.

NOELL v. WINSTON

No. 159 PC.

Case below: 51 N.C. App. 455.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 8 July 1981.

N. C. GRANGE INS. CO. v. JOHNSON

No. 145 PC.

No. 79 (Fall Term).

Case below: 51 N.C. App. 447.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 8 July 1981.

POTTER v. POTTER

No. 158 PC.

Case below: 51 N.C. App. 464.

Petition by defendant for discretionary review under G.S. 7A-31 denied 8 July 1981.

STATE v. ARTHUR

No. 183 PC.

Case below: 51 N.C. App. 464.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 8 July 1981.